IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| ___ INTERPRETER NEEDED | : | Rule 5 - IA / AC<br>Removal to the Western District of Missouri [12-cr-284-1] |
| Date of Arrest: 2/15/2013 | : | February 15, 2013<br>ESR OPERATOR: Crystal Wardlaw |
| UNITED STATES OF AMERICA | : | AUSA Jose Arteaga |
| v. | : | Magistrate No: 13-205-M |
| EILEEN KISNER<br>a/k/a "Anne Kisner" | :<br>: | Kai Scott<br>[] CJA Appointed<br>[] Retained<br>[X] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing and are scheduled for .

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[X] Other: **Defendant is ORDERED detained pending a Rule 5 Identity hearing and detention hearing scheduled for Tuesday, February 19, 2013 at 1:30 p.m. in Courtroom 5B before Judge Angell.**

[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.
[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.

BY:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT   7  MINUTES**
(Form Revised December, 2009)